UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          Criminal No. 16-cr-10258-ADB

PAUL M. WEADICK

MOTION TO DISSOLVE PROTECTIVE ORDER
AND REQUEST FOR HEARING

Defendant Paul M. Weadick, by his counsel, hereby files this motion to dissolve the protective order. As reason therefore, Defendant states as follows:

1. On or about November 9, 2016, the United States Government filed an unopposed motion for an order of protection regarding discovery in this case. (Doc. No. 47).

2. The stated reason for the protective order was a combination of the production of "highly sensitive documents" that "should be used solely for the purpose of litigating matter in this case and should not be divulged to unauthorized third parties" and "to avoid potentially unfair prejudicial pretrial publicity." (Doc. No. 47 at ¶¶ 1, 4).

3. The Court, Cabell, M.J., signed the protective Order on November 10, 2016 (Doc. No. 50).

4. In addition to the above-described protective order, additional discovery was produced pursuant to a protective order entered in *United States v. Salemme*, 94-cr-10287-MLW ("*Salemme I*"). (See Doc. Nos. 2398, 2407).

5. The Defendant was convicted after jury trial on June 22, 2018, and was sentenced to life imprisonment on September 13, 2018. Mr. Weadick appealed his conviction (appeal nos. 18-1899, 18-1933). The conviction was affirmed on September 24, 2021. A petition for writ of certiorari was denied on May 2, 2022 (No. 21-7530).

6. Mr. Weadick intends to file a motion under 28 U.S.C. § 2255, representing himself *pro se*. As such, he requires a copy of the discovery. His family will be assisting him with providing paper copies of discovery.

7. This Court has the inherent authority to grant appropriate relief regarding discovery in this case and may do so at any time. See Fed. R. Crim. P. 16(d)(1).

8. Good cause for said Order no longer exists as required pursuant to Fed. R. Crim. P. 16.

9. Defense counsel has contacted Assistant U.S. Attorney Dustin Chao to advise him of this request and to obtain the Government's position on the motion. The Government objects to the motion.

10. Defendant requests a hearing on this motion.

PAUL M. WEADICK,
By His Attorney                                                         Dated: September 13, 2022

/s/ MARK W. SHEA
Mark W. Shea – BBO No. 558319
SHEA and LaROCQUE, LLP
929 Massachusetts Ave, Suite 200
Cambridge MA  02139
617.577.8722

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on September 13, 2022.

/s/ Mark W. Shea
MARK W. SHEA